IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CHESTER EAVES,
    Plaintiff,

vs.                                      Case No.: 3:05cv17/RV/EMT

SANTA ROSA COUNTY SHERIFF'S OFFICE,
SANTA ROSA COUNTY JAIL,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 29, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This cause is **DISMISSED** pursuant to pursuant to 28 U.S.C. § 1915A.

    **DONE AND ORDERED** this 25th day of August, 2005.

                                              /s/ _Roger Vinson_
                                            **ROGER VINSON**
                                            **UNITED STATES SENIOR JUDGE**